**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 07-cr-00377-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE LUIS ZAMUDIO-VELASQUEZ,

    Defendant.

**ORDER**

**Blackburn, J.**

    The matter is before the court on the defendant's **Notice of Appeal of Final Sentence Pursuant to 18 § 3742** [*sic*] [#25][1] filed February 5, 2009. The court finds that the notice of appeal is untimely filed and should be denied.[2]

    **THEREFORE, IT IS ORDERED** that the defendant's **Notice of Appeal of Final Sentence Pursuant to 18 § 3742** [*sic*] [#25] filed February 5, 2009, is **DENIED** as untimely.

    Dated December 21, 2012, at Denver, Colorado.

                                      **BY THE COURT**:

                                      */s/ Robert E. Blackburn*
                                      Robert E. Blackburn
                                      United States District Judge

---

    [1] "[#25]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

    [2] Because defendant is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. **See Erickson v. Pardus**, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing **Haines v. Kerner**, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).